**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PATRICK ESTEVEZ, on behalf of himself
and all others similarly situated,

Plaintiff,

vs.

SIXT RENT A CAR, LLC,

Defendant.

Case No. 22-cv-61507

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patrick Estevez hereby dismisses this action with prejudice, with each party to bear his or its own costs, expenses, and attorneys' fees.   Plaintiff respectfully requests that this case be terminated and closed.

Respectfully submitted this 1st day of November, 2022.

/s/ Jonathan B. Cohen
Jonathan B. Cohen
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tele: (212) 594-5300
jcohen@milberg.com

Gary M. Klinger (pro hac vice forthcoming)*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
gklinger@milberg.com

Alex D. Kruzyk
Bryan A. Giribaldo
PARDELL, KRUZYK & GIRIBALDO, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Logan A. Pardell
PARDELL, KRUZYK & GIRIBALDO, PLLC
433 Plaza Real Suite 275
Boca Raton, FL 33432
Tele: (561) 726-8444
lpardell@pkglegal.com

*Attorneys for Plaintiff and the Proposed Class*